[No. 40575-0-II.   Division Two.   October 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY ERDLE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01675-7, John F. Nichols, J., entered March 5, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Johanson, JJ.

[No. 41371-0-II.   Division Two.   October 11, 2011.]

JENNIFER HELGESON ET AL., *Appellants*, v. VIKING INSURANCE COMPANY OF WISCONSIN, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-2-01082-5, Leila Mills, J., entered October 18, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt and Johanson, JJ.

[No. 41998-0-II.   Division Two.   October 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. D.M., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-8-00013-1, David L. Edwards, J., entered April 5, 2011. *Reversed* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 29385-8-III.   Division Three.   October 11, 2011.]

*In the Matter of the Detention of* GARY CAMERON.

THE STATE OF WASHINGTON, *Respondent*, v. GARY LEE CAMERON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 06-2-00813-4, John M. Antosz, J., entered August 18, 2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.